AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ D 

CLERK'S OFFICE
A TRUE COPY
Jan 31, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  24   MJ   63
The premises known as Self Storage of )
Brookfield storage unit E 38, located at 16580 )
Pheasant Drive, Brookfield, Wisconsin. )

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Eastern   District of   Wisconsin
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   02/14/2024   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. William E. Duffin   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/31/2024 at 9:40 a.m.

*Judge's signature*

City and state:   Milwaukee, Wisconsin     Hon. William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

| Return |||
|---|---|---|
| Case No.:<br>24-MJ-63 | Date and time warrant executed:<br>01/31/24 & 02/01/24(see below) | Copy of warrant and inventory left with:<br>Laura Brinkman and in storage unit |

Inventory made in the presence of :
n/a

Inventory of the property taken and name(s) of any person(s) seized:
Items received from Self Storage of Bookfield management office [executed 01/31/2024 at 12:58pm, warrant left with manager Laura Brinkman]:
-Scanned identification card
-Activity log
-Customer sign up form
-Rules and regulations
-Payment receipt and payment history
-Rental agreement

See attached FD-597s (3 pages) containing list of items seized from storage unit E38 [executed 01/31/2024 at 1: 22 pm, copy of warrant and inventory left in storage unit]

Items located in two boxes addressed to Alexander Laykovich [executed 02/01/2024 at 11:30 am, n/a for warrant and inventory left with a person]:
-Box 1: 25x MJG Firewire initiator
-Box 2: 3x M11 multibang device
-Box 2: 3x M15 large smoke grenade
-Box 2: 3x MK5 Thunder flash
-Box 2: 1x M10 Ball grenade (frag)
-Box 2: 1x M10 Ball grenade (powder)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/01/2024

MARIA MILLER
Digitally signed by MARIA MILLER
Date: 2024.02.01 14:12:58 -06'00'

*Executing officer's signature*

Maria Miller, FBI Special Agent

*Printed name and title*